**TELEPHONE RECORD:**     **EXTENDING CLERK'S RECORD**

Date: _____ 1-20-15 _____

Case Number: _____ 6-14-186-187-R _____

Style: _____ Darrian Sanders v. State _____

Extension Requested By: _____ Dist. Clk. _____

Extension needed: _____ 30 _____

GRANTED TO: _____ 2/21/15 _____ (posted: ___—___)

By: _____ M. Pate _____

**REMARKS:**